# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2017
LT Case No. 1997-CF-003833-A

_____

WILLIE J. SANDERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

William R. Ponall, of Ponall Law, P.A., Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

April 14, 2026

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____